THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDITH NAGLE,

    Plaintiff,

    v.

COMPREHENSIVE WOMEN'S
HEALTH SERVICES, P.C.,

    Defendant.

3:15-CV-0042
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 26th DAY OF MARCH, 2018, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 33), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Objections (Doc. 34) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

2. The R&R (Doc. 33) is **ADOPTED** for the reasons set forth therein as well as those set forth in the accompanying memorandum opinion.

3. Defendant's Motion for Summary Judgment (Doc. 21) is **DENIED**.

4. A telephone conference to schedule the above-captioned matter for trial shall be held on **Monday, April 2, 2018, at 3:30 p.m.**

_____
Robert D. Mariani
United States District Judge